**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/21
```

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

        Plaintiff,

    -against-

PLAYBOY ENTERPRISES, INC, et al.,

        Defendant.

**21 Civ. 6419 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In light of the ongoing public health emergency, the show cause and seizure confirmation hearing scheduled for Friday, November 12, 2021, at 9:30 a.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
        November 10, 2021

                             Victor Marrero
                             U.S.D.J.