**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

                Plaintiff,

      -against-

PLAYBOY ENTERPRISES, INC., et al.,

                Defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022
```

**21 Civ. 6419 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A hearing is hereby scheduled for Friday, May 6, 2022, at 10:00 a.m., to address the motion from plaintiff Playboy Enterprises International, Inc. ("Playboy") to modify the Court's preliminary injunction, dated November 13, 2021 ("November PI Order"). Playboy is directed to serve this Order on the Defendants, who have not appeared in this case. On notice to the Defendants, Playboy shall present the new material that forms the basis for its motion to modify the November PI Order.

**SO ORDERED.**

Dated:    April 29, 2022
          New York, New York

_____
Victor Marrero
U.S.D.J.