```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022
```

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

        Plaintiff,

   -against-

PLAYBOY ENTERPRISES, INC., et al.

        Defendants.

**21 Civ. 6419 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In light of the ongoing public health emergency, the hearing to address the motion from plaintiff Playboy Enterprises International, Inc. to modify the Court's preliminary injunction will proceed by teleconference on May 6, 2022. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
            May 5, 2022

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.