UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC.,<br><br>                              Plaintiff(s),<br><br>            -against-<br><br>PLAYBOY ENTERPRISES, INC., et al.,<br><br>                              Defendant(s). | 21-cv-6419 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **August 29, 2023**, at 5:00 p.m., Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) the nature of the dispute and claims asserted; (2) any decided motions and whether further action from the Court is warranted at this juncture, (3) whether there have been any communications with the Defendants, (4) which Defendants have been served, and (5) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case as to any non-answering defendant. The letter shall not exceed three (3) pages.

SO ORDERED.

Dated: August 15, 2023
           New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge