UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>PLAYBOY ENTERPRISES, INC., et al.,<br><br>                              Defendants. | 21-cv-6419 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the September 26 conference, Plaintiff is hereby ORDERED to file and serve on defendants a letter, not to exceed five (5) pages, by **October 3, 2023, at 5:00 p.m.**, addressing the legal basis for the particular injunctive relief requested in its motion for default judgment. *See* Dkt. 69.

SO ORDERED.

Dated: September 26, 2023
       New York, New York

ARUN SUBRAMANIAN
United States District Judge